IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LINDA CHASE,

    *Plaintiff*,

v.                                   Case No.: 5:22cv106-MW/HTC

RON DESANTIS, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 33, and has also reviewed *de novo* Plaintiff's objections, ECF No. 35. Accordingly,

    **IT IS ORDERED**:

The report and recommendation, ECF No. 33, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint is **DISMISSED** for lack of subject matter jurisdiction." The Clerk shall close the file.

    **SO ORDERED on October 31, 2022.**

                                               s/Mark E. Walker_____
                                               **Chief United States District Judge**